IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-mc-00141-MSK-MEH

AQUATECH INTERNATIONAL CORPORATION, and
DEBASISH MUKHOPADHYAY,

    Plaintiffs,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC., and
VEOILA WATER NORTH AMERICA OPERATING SERVICES, INC.,

    Defendants.

v.

MOLYCORP MINERAL, LLC,

    Third-Party Defendant.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Third-Party Defendant Molycorp Mineral, LLC's Motion to Quash [filed July 10, 2015; docket #1], which was referred to this Court for recommendation. (Docket #3.) For the reasons that follow, the Court recommends **transfer** of the motion to United States District Court for the Western District of Pennsylvania pursuant to Fed. R. Civ. P. 45(f).[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72(b). The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file

Third-Party Defendant Molycorp, headquartered in Colorado, requested this Court's intervention to quash a subpoena served on it by Plaintiffs seeking document production. Motion to Quash, docket #1 at 1. Plaintiffs timely responded, indicating the extensive history of this case in the United States District Court for the Western District of Pennsylvania ["PAWD"] and seeking transfer of the subject motion to that district under Fed. R. Civ. P. 45(f). Response, docket #7 at 2. Plaintiffs further explained:

> The collective litigation history of the PAWD patent cases is now some five years, and [Chief] Judge [Joy Flowers] Conti has presided over all substantive proceedings. [] Where there is, as here, an extensive record with a procedure embodying the formality for the claim construction proceedings, it is appropriate to have Judge Conti consider and to determine Molycorp's Motion. Moreover, Judge Conti is already handling similar Motions to Quash Subpoenas filed by third-party VWT [Veolia Water Solutions & Technologies] [].

*Id*. at 2 (extraneous information and case numbers omitted).

Importantly, Molycorp does not object to the transfer of this motion to Judge Conti. Reply, docket #9 at 1. The Court notes that neither Veolia Water West Operating Services, Inc. nor Veolia Water North America Operating Services, LLC, entered an appearance or responded to the motion; however, Plaintiffs indicated they had communicated the desire to transfer the motion to PAWD and received no response. Response, docket #7 at 2. The Court further notes that the Veolia Defendants are not seemingly affected by the outcome of this motion as it focuses on a subpoena served by Plaintiffs on Third-Party Defendant Molycorp and Molycorp's objection to document production.

With the matter fully briefed and the affected parties in agreement, the Court respectfully

---

written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

recommends **transfer** of the Motion to Quash [filed July 10, 2015; docket #1] to the Honorable Joy Flowers Conti, Chief Judge of the United States District Court for the Western District of Pennsylvania.

Dated at Denver, Colorado, this 18th day of August, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge